UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. 4:03CR259-SNL |
| | ) |
| ENRIQUE FLORES-RODRIGUEZ, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

Defendant's motion for return of $663.00 currency to him is before the Court.

The record reveals that on January 28, 2004, Immigration and Customs Enforcement sent $661.00 via a $2 money order to Felix Sanchez, defendant's correctional counselor at FCI East Fort Dix, New Jersey. Accordingly, the property has been returned and the motion is moot.

**IT IS THEREFORE ORDERED** that as the property has been returned, defendant's motion is moot.

Dated this  27th  day of June, 2005.

_____
SENIOR UNITED STATES DISTRICT JUDGE